### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| vs. | § | Criminal No. C-07-306 |
| | § | |
| | § | |
| PAUL GENE YAGER | § | |
| | § | |

### ORDER

On this day the Court granted a mistrial in the above-styled action. The Court then ordered the parties to submit briefing with respect to whether jeopardy has attached in this case, pursuant to the following schedule: Defendant's brief shall be filed no later than Wednesday, September 19, 2007; the United States' response shall be filed no later than Monday, October 1, 2007.

SIGNED and ENTERED this 5th day of September, 2007.

_____
Janis Graham Jack
United States District Judge